# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00434-CV

**Wichita County, Texas, Appellant**

**v.**

**Environmental Engineering & Geotechnics, Inc., Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001884, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We stay, pending further order of this Court, trial-level proceedings to enforce the order of June 21, 2018, including proceedings on the pending motion for contempt and sanctions filed by appellee.

It is ordered on July 16, 2016.

Before Chief Justice Rose, Justices Pemberton and Field